IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHANE PARROTT and KEVIN
WILLIAMS, Individually and on Behalf
of All Other Persons Similarly Situated,

      Plaintiffs,                    Case No. 17-10359
                                      Hon. Victoria A. Roberts
v.                                     Mag. Judge R. Steven Whalen

MARRIOTT INTERNATIONAL, INC.,

      Defendant.
_____/

**AMENDED STIPULATED DISCOVERY ORDER CONCERNING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION OF THE COLLECTIVE ACTION**

The parties agreed that amendments to the November 21, 2017 Stipulated Discovery Order [doc 40] are necessary.

Accordingly the Court orders only the following amendments:

**DEADLINES**

**A.**    **Discovery**

    1.    All written discovery and/or subpoenas must be issued not later than April 6, 2018.

    2.    All depositions must be completed by April 6, 2018.

    3.    The Parties must produce any expert report by April 13, 2018.

    4.    First stage discovery will close on April 20, 2018.

**B.**     **Post-Discovery Briefing**

1. Plaintiffs' renewed motion for notice and conditional certification is due on April 27, 2018.

2. Marriott's response and brief in opposition is due on May 18, 2018.

3. Plaintiffs' reply brief is due on June 1, 2018.

IT IS ORDERED.

S/Victoria A. Roberts<br>UNITED STATES DISTRICT JUDGE

Dated:  March 6, 2018

STIPULATED AND APPROVED FOR IMMEDIATE ENTRY:

| KREIS ENDERLE HUDGINS & BORSOS, PC | JAFFE, RAITT, HEUER & WEISS, P.C. |
|---|---|
| /s/ Jesse L. Young (w/ consent) | /s/ Derek D. McLeod |
| Jesse L. Young | Derek D. McLeod |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |
| One Moorsbridge | 27777 Franklin Road, Suite 2500 |
| P.O. Box 4010 | Southfield, Michigan 48034 |
| Kalamazoo, Michigan 49003 | (248) 351-3000 |
| (269) 321-2311 | dmcleod@jaffelaw.com |
| jyoung@kehb.com | |
| Dated: March 5, 2018 | Dated: March 6, 2018 |

-and-

CROWELL & MORING LLP
Jeffrey L. Poston
Andrew W. Bagley
Jillian W. Ambrose
*Attorneys for Defendant*
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500
jposton@crowell.com
abagley@crowell.com
jambrose@crowell.com