# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STEPHANE PARROTT and KEVIN
WILLIAMS, Individually and on Behalf
of All Other Persons Similarly Situated,

      Plaintiffs,                                Case No. 17-10359
                                                          Hon. Victoria A. Roberts
v.                                                       Mag. Judge R. Steven Whalen

MARRIOTT INTERNATIONAL, INC.,

      Defendant.

_____/

## STIPULATION TO DISMISS THE ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that the action shall be dismissed with prejudice.

Dated: May 11, 2018

STIPULATED AND APPROVED FOR IMMEDIATE ENTRY:

| | |
|---|---|
| s/ Jesse L. Young | s/ Derek D. McLeod |
| Jesse L. Young (P 72614) | Derek D. McLeod |
| KREIS, ENDERLE, HUDGINS, & BORSOS, PC | 27777 Franklin Rd. Suite 2500 |
| 8225 Moorsbridge | Southfield, MI 48034 |
| Kalamazoo, Michigan 49003-4010 | (248) 351-3000 |
| jyoung@kreisenderle.com | dmcleod@jaffelaw.com |
| | |
| s/ Drew T. Legando | s/Jeffrey L. Poston |
| Drew T. Legando | Jeffrey L. Poston |
| LANDSKRONER GRIECO MERRIMAN LLC | Andrew W. Bagley |
| 1360 West 9th Street, Suite 200 | Jillian W. Ambrose |
| Cleveland, Ohio 44113 | CROWELL & MORING LLP |
| drew@lgmlegal.com | 1001 Pennsylvania Avenue, N.W. |
| | Washington, DC 20004-2595 |

s/ Jason J. Thompson
Jason J. Thompson (P 47184)
SOMMERS SCHWARTZ PC
1 Towne Square, Suite 1700
Southfield, Michigan 48076

s/ Nicholas A. Migliaccio
Nicholas A. Migliaccio
Jason Rathod
MIGLIACCIO & RATHOD LLP
412 H Street NE, Suite 302
Washington, D.C. 20002
nmigliaccio@classlawdc.com
jrathod@classlawdc.com

s/ Seth R. Lesser
Seth R. Lesser
Fran L. Rudich
Christopher Timmel
KLAFTER, OLSEN & LESSER, LLP
Two International Drive, Suite 350
Rye Brook, NY 10573
seth@klafterolsen.com
fran@klafterolsen.com
christopher.timmel@klafterolsen.com

*Attorneys for Plaintiffs and the Proposed Collective*

(202) 624-2500
Jposton@crowell.com
abagley@crowell.com
jambrose@crowell.com

*Attorneys for Defendant*